**UNITED STATES DISTRICT COURT**

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:**   Greg Langham, Clerk
         Attn: Kathy Triplett

**FROM:** Judge John L. Kane

**DATE:** November 18, 2010

**RE:**   Criminal Action No. **10-cr-582-JLK**

    Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.