UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   10-cr-00582-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM ALFRED MICHAEL JACKSON,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that pretrial motions shall be filed by **Monday, January 24, 2011,** and responses to these motions shall be filed by **Monday, February 7, 2011.**  It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, February 28, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference needs to be set.

Dated:  January 25, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge