UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   10-cr-00582-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM ALFRED MICHAEL JACKSON,

    Defendant.

## ORDER

    THIS MATTER is before the Court in connection with Defendant's Motion to Suppress Statements filed January 31, 2011 (ECF No. 13).  Defendant requests a hearing on this motion, which the Court deems appropriate.  Accordingly, it is

    ORDERED that on or before **Friday, February 11, 2011**, the parties shall contact Sharon Shahidi in my Chambers at (303) 335-2172 to set a hearing on the Motion to Suppress Statements.  It is

    FURTHER ORDERED that in light of the need for a hearing, the 4-day jury trial set to commence Monday, February 28, 2011, at 9:00 a.m. is **VACATED**.  I note in vacating the trial that the speedy trial deadlines are currently tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) based on the filing of the motion to suppress that has not yet been heard or decided.

DATED this 7th day of February, 2011.

                                                                               BY THE COURT:

                                                                               s/ Wiley Y. Daniel  
                                                                               Wiley Y. Daniel  
                                                                               Chief United States District Judge