UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00582-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  WILLIAM ALFRED MICHAEL JACKSON,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was received in the above captioned matter on March 15, 2011.  A Change of Plea Hearing is set for **Tuesday, April 19, 2011, at 10:00 a.m.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

     Dated:  March 23, 2011